THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR18-225-RSL |
| Plaintiff, | |
| v. | ORDER EXTENDING REPORTING DATE |
| JOSEPH JIMICUM, | |
| Defendant. | |

THE COURT has considered the recommendation of the parties and Probation and the files and records of the case.

THE COURT ORDERS that Joseph Jimicum's deadline to surrender to the United States Marshal is extended to April 4, 2022, at noon.

DONE this 25th day of March, 2022.

*signature*

Robert S. Lasnik
United States District Judge

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Joseph Jimicum

ORDER TO CONTINUE TRIAL AND
PRETRIAL MOTIONS DUE DATE
(*United States v. Jimicum,* CR18-225-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100